UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20306-GAYLES

UNITED STATES OF AMERICA

v.

RALPH STEINMANN and
LUIS FERNANDO VUTEFF,

    Defendants.
_____/

**NOTICE OF RELATED CRIMINAL CASE**

    The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, hereby file this notice of related criminal cases pursuant to United States District Court for the Southern District of Florida Local Rule 3.8.

    As the Local Rules impose an ongoing duty on the attorneys of record to bring to the court's attention the existence of related actions, S.D. Fla. L.R. 3.8, the undersigned attorneys provide notice to the Court of a significantly related criminal case presided over by Judge Kathleen M. Williams.  The criminal case is *United States v Francisco Convit Guruceaga, et al.*, 18-cr-20685-Williams.  Judge Williams has presided over that criminal case since the filing of the indictment to the present, including the sentencing of three defendants, one of whom was named in the underlying criminal indictment:  1) Gustavo Adolfo Hernandez Frieri; 2) Abraham Edgardo Ortega; and 3) Carmelo Antonio Urdaneta Aqui.

*United States v Francisco Convit Guruceaga, et al.*, 18-cr-20685-Williams, involves the same criminal activity as this criminal case.

Respectfully submitted,

| | |
|---|---|
| LORINDA I. LARYEA | JUAN ANTONIO GONZALEZ |
| ACTING CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |

By: */s/ Paul A. Hayden*  
PAUL A. HAYDEN  
Trial Attorney  
Fraud Section, Criminal Division  
U.S. Department of Justice  
1400 New York Avenue, N.W.  
Washington, D.C. 20005  
Telephone: 202-353-9370  
Email: paul.hayden2@usdoj.gov  

By: */s/ Kurt K. Lunkenheimer*  
KURT K. LUNKENHEIMER  
Assistant United States Attorney  
Court ID No. A5501535  
U.S. Attorney's Office - SDFL  
99 N.E. 4th Street, Suite 600  
Miami, FL 33132-2111  
Telephone: (305) 961-9008  
Email: Kurt.Lunkenheimer@usdoj.gov