UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20306-CR-GAYLES/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS FERNANDO VUTEFF,

    Defendant.

_____/

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court on a MOTION to Disqualify Counsel by the Government [37]. A *telephonic status conference* is set for Monday, January 9, 2023 at 10:00 a.m. before the undersigned Magistrate Judge. *All parties shall attend via telephone*. *Counsel shall contact the Court at 9:55 a.m. by calling the following toll-free number.*

1. *1-888-684-8852*

2. *Enter Access Code Number 5264742 followed by the # sign.*

3. *Enter Security Code Number 1231 followed by the # sign.*

**DONE AND ORDERED** at Miami, Florida, this 5th day of January, 2023.

                          /s/ Edwin G. Torres
                          EDWIN G. TORRES
                          Chief United States Magistrate Judge