UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20306-GAYLES/TORRES

**UNITED STATES OF AMERICA**

v.

**LUIS FERNANDO VUTEFF,**

    **Defendant.**
_____/

## SECOND LIMITED PROTECTIVE ORDER

**THIS CAUSE** came before the Court upon the Government's *Oral Tenus* Unopposed Motion for Modification of the Limited Protective Order in this criminal case. The prior limited protective order was entered at Docket Entry 56. Having considered the Government's Motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the Government's Motion is GRANTED. Pursuant to Fed. R. Crim. P.16(d), it is further ordered that:

1. Counsel for the United States will provide a subset of the Homeland Security Investigations Reports of Investigations concerning debriefs of Witness 2 and a limited subset of documents related to Witness 2 and the Defendant, hereinafter the "Limited Discovery," to counsel for the Defendant;

2. Counsel for the Defendant shall not provide the Limited Discovery to any person except as specified by the Court, nor make any copies of the Limited Discovery, except as provided in paragraph 3 below;

3. Counsel for the Defendant shall not disclose any of the information in the Limited Discovery to anyone other than the named defendant, attorneys of record for the named

    defendant and staff from that defense counsel's law office, and independent counsel Brian Bieber in order to prepare for the Motion to Disqualify Hearing;

4. Counsel for the Defendant shall maintain a list of all individuals to which the information contained in the Limited Discovery was disclosed;

5. If the United States prevails on the motion to disqualify, (DE 37), counsel for the defendant shall return to the United States the Limited Discovery, and return or destroy any and all copies of the Limited Discovery, including electronic copies;

6. The parties agree that the joint defense agreement materials provided to the Court *in camera* and *ex parte* as to the United States by counsel for the Defendant and counsel for Witness 2 are also covered by this second limited protective order; and

7. Counsel for the government and for the Defendant shall promptly report any known violations of the Court's order to the Court.

    DONE AND ORDERED in __Miami__, Florida, this _10_ day of January, 2023.

                                                EDIWN G. TORRES
                                                UNITED STATES CHIEF MAGISTRATE JUDGE

cc: Counsel of Record