UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20306-GAYLES/TORRES

UNITED STATES OF AMERICA

v.

LUIS FERNANDO VUTEFF,

     Defendant.

_____ /

## NOTICE OF WITNESS AVAILABILITY

The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, hereby file this notice of witness availability for testimony as it relates to Docket Entry 37, the government's motion to disqualify counsel, and the hearing held on the motion on January 10, 2023.

As requested at the conclusion of the hearing on the motion held on January 10, 2023, the government provides this notice that Witness 2 is now available to testify before the Court in connection with the motion to disqualify counsel filed at Docket Entry 37, if requested by Chief Magistrate Judge Edwin G. Torres.

     Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   */s/ Paul A. Hayden*
    PAUL A. HAYDEN
    Trial Attorney
    Fraud Section, Criminal Division
    U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: 202-353-9370
    Email: paul.hayden2@usdoj.gov

By: */s/ Kurt K. Lunkenheimer*
    KURT K. LUNKENHEIMER
    Assistant United States Attorney
    Court ID No. A5501535
    U.S. Attorney's Office - SDFL
    99 N.E. 4th Street, Suite 600
    Miami, FL 33132-2111
    Telephone: (305) 961-9008
    Email: Kurt.Lunkenheimer@usdoj.gov