REC'D BY_____D.C.

MAY 01 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20306-GAYLES/TORRES(s)
18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO VUTEFF,

    Defendant.

_____/

## SUPERSEDING INFORMATION

The United States charges that:

### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

Beginning from at least in or around 2014, and continuing through in or around 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LUIS FERNANDO VUTEFF,**

did knowingly and voluntarily combine, conspire, confederate, and agree with other persons, known and unknown, to violate Title 18, United States Code, Section 1957, that is, to knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from specified unlawful activity, and knowing that the transaction involved property and funds that were the proceeds of some criminal activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is:

(a) A felony violation of the Foreign Corrupt Practices Act, in violation of Title 15, United States Code, Section 78dd-3, and

(b) An offense against a foreign nation, specifically Venezuela, involving bribery of a public official, and the misappropriation, theft, and embezzlement of public funds by and for the benefit of a public official, as provided by Title 18, United States Code, Section 1956(c)(7)(B)(iv).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE
### (18 U.S.C. § 982(a)(1))

1. The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **LUIS FERNANDO VUTEFF**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956(h), as alleged in this Superseding Information, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. If any property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence,

   b. has been transferred or sold to, or deposited with, a third party,

   c. has been placed beyond the jurisdiction of the Court,

   d. has been substantially diminished in value, or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

_____  
MARKENZY LAPOINTE  
UNITED STATES ATTORNEY

_____  
GLENN S. LEON  
CHIEF, FRAUD SECTION  
CRIMINAL DIVISION  
DEPARTMENT OF JUSTICE

_____  
NALINA SOMBUNTHAM  
ASSISTANT UNITED STATES ATTORNEY

_____  
PAUL A. HAYDEN  
TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LUIS FERNANDO VUTEFF,
    Defendant.
_____/

CASE NO.: 22-CR-20306-GAYLES/TORRES(s)

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants ____
Total number of new counts  1

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
List language and/or dialect: Spanish

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Darrin P. Gayles    Case No. 22-CR-20306-GAYLES/TORRES

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-mj-02992-AOR

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Kathleen M. Williams    Case No. 18-CR-20685-WILLIAMS/TORRES

9. Defendant(s) in federal custody as of ____
10. Defendant(s) in state custody as of ____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Nalina Sombuntham
Assistant United States Attorney
FL Bar No.   96139

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LUIS FERNANDO VUTEFF

**Case No:** 22-CR-20306-GAYLES/TORRES(s)

Count #1:

Conspiracy To Commit Money Laundering

18 U.S.C. § 1956(h)

* **Max. Term of Imprisonment:** Ten (10) years' imprisonment
* **Max. Supervised Release:** Three (3) years' supervised release
* **Max. Fine:** $250,000 or twice the amount of criminally derived property involved in the offense

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Luis Fernando Vuteff,<br><br>*Defendant* | Case No.  22-CR-20306-GAYLES/TORRES(s) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04-25-24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Brian H. Bieber, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Darrin P. Gayles
*Judge's printed name and title*