UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20306-GAYLES(s)

UNITED STATES OF AMERICA

vs.                                                       **FILED UNDER SEAL**

LUIS FERNANDO VUTEFF,
     Defendant.

_____/

**MOTION TO SEAL**

The United States of America, by and through the undersigned attorneys, respectfully requests that the Government's Motion, regarding Defendant Luis Fernando Vuteff's sentence, this Motion, and any resulting order, be SEALED until further order of the Court, except that the United States Attorney's Office, the Fraud Section of the Criminal Division, U.S. Department of Justice, law enforcement personnel, and defense counsel of record may obtain copies of the sealed documents. The undersigned Assistant United States Attorney is prepared to provide further information in camera should the Court so require.

Respectfully submitted,

LORINDA LARYEA                          JASON A. REDING QUIÑONES
CHIEF, FRAUD SECTION                    UNITED STATES ATTORNEY

By: */s/ Paul A. Hayden*            By:  */s/ Nalina Sombuntham*
    PAUL A. HAYDEN                        NALINA SOMBUNTHAM
    Trial Attorney                       Assistant United States Attorney
    Court Id. No. A5502437               Fla. Bar No. 96139
    Fraud Section, DOJ Criminal Division United States Attorney's Office
    U.S. Department of Justice           Southern District of Florida
    1400 New York Avenue, N.W.           99 NE 4th Street
    Washington, D.C. 20005               Miami, Florida 33132
    Telephone: (202) 353-9370            Telephone: (305) 961-9224
    Email: paul.hayden2@usdoj.gov        Email: nalina.sombuntham@usdoj.gov