UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20306-GAYLES(s)

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO VUTEFF,

    Defendant.

_____/

## ORDER

**THIS MATTER** came before the Court on the Government's Motion [ECF No. 222]. After careful consideration of the Motion, it is

**ORDERED AND ADJUDGED** that the Government's Motion is **GRANTED**. Accordingly, the Judgment [ECF No. 185] in the above-captioned criminal case pronounced on December 17, 2024, is **AMENDED** as follows:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **19 months as to count 1s**. All other provisions of the Judgment remain in full force and effect.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28th day of April 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record